UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-00995-JC | Date | June 24, 2025 |
|---|---|---|---|
| Title | Robert Cauley v. Playa Del Rey Smoke and Vape, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| none | | none |

**Proceedings:**           (In Chambers)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The action herein was filed on February 5, 2025. (Docket No. 1). At Plaintiff's request, the Clerk entered default against the only two named Defendants on May 7, 2025 and May 14, 2025 – more than thirty (30) days ago. (Docket Nos. 11, 14-16). Since then, the docket reflects no action being undertaken in this matter (*e.g.*, no motion for default judgment has been filed). It is Plaintiff's responsibility promptly to respond to all orders and to prosecute the action diligently.

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **July 8, 2025**, why this action should not be dismissed for lack of prosecution. Plaintiff's filing of a motion for default judgment by the foregoing deadline, will constitute an adequate response to this Order to Show Cause.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of a response thereto. Absent further Order of the Court, Plaintiff's failure timely to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.